JUDGE DAVID BRIONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. EP-04-CR- |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| V. ) | (Vio: Counts I & II |
| ) | 50 U.S.C. § 1705 (b) |
| MARK ROBERT WALKER, ) | Attempting to Make a Contribution of |
| aka Abdullah, ) | Goods and Services to a Specially |
| ) | Designated Terrorist Organization. |
| Defendant. ) | |

THE GRAND JURY CHARGES:

EP04CR2701

## INTRODUCTORY ALLEGATIONS

1. This Indictment charges defendant **MARK ROBERT WALKER** with criminal offenses arising from his efforts to secure goods and or services on behalf of the Al-Ittihad Al-Islamia (hereafter the "AIAI"), a specially designated terrorist organization operating principally in Somalia. As described in further detail in this Indictment, **WALKER** attempted to provide, among other things, technical assistance with weapons, financial support and currency, as well as the creation and maintenance of internet websites and other internet media intended to recruit persons, and or to raise funds for violent jihad, particularly in Somalia and to specifically assist AIAI in establishing, by means of a violent overthrow of the current form of government, an Islamic government in Somalia. **WALKER's** conduct in attempting to support AIAI's efforts in Somalia and elsewhere violated federal law which bars contributions of goods or services to specially designated global terrorist organizations.

2. As used in this Indictment, "jihad" describes a religious obligation of Muslims to struggle or strive for the defense of and advancement of Islam.

1.

3. Al-Ittihad Al-Isiami (AIAI) is Somalia's largest militant Islamic organization and rose to power in the early 1990s following the collapse of the Siad Barre regime. AIAI's aim is to establish an Islamic regime in Somalia and force the secession of the Ogaden region of Ethiopia.

AIAI was placed on the list of Specially Designated Global Terrorist Organizations (hereafter "SDGT") on September 24, 2001 by the President of the United States of America George W. Bush in Executive Order 13224. That designation was valid for one year, and AIAI's designation as a SDGT has been renewed each year since, most recently on September 21, 2004.

## COUNT ONE
(50 U.S.C. § 1705 (b))

1. The Grand Jury realleges and incorporates by reference paragraphs 1 through 3 (Introductory Allegations) of this indictment.

2. From a date unknown to the Grand Jury but not later than January of 2004, and continuing to at least November 6, 2004, in the Western District of Texas and elsewhere, Defendant

## MARK ROBERT WALKER
### aka Abduallah

a United States person, did willfully violate Presidential Orders and executive regulations issued under Chapter 35 of Title 50, United States Code, in that the Defendant did attempt to willfully and unlawfully make a contribution of goods, to-wit: United States currency, to and for the benefit of a specially designated global terrorist organization; to-wit Al-Ittihad Al-Islamiya, all in violation of Title 50, United States Code, Section 1705(b); Title 31, Code of Federal Regulations, Sections 595.204, and 595.205; Executive Order No. 13224, 66 Fed. Reg. 49079 (2001), 69 Fed. Reg. 56923 (2004) (continuation of powers in Exec. Order 13224).

## COUNT TWO
(50 U.S.C. § 1705 (b))

1. The Grand Jury realleges and incorporates by reference paragraphs 1 through 3 (Introductory Allegations) of this indictment.

2. From a date unknown to the Grand Jury but not later than January of 2004, and continuing to at least November 6, 2004, in the Western District of Texas and elsewhere, Defendant

## MARK ROBERT WALKER
### aka Abduallah

a United States person, did willfully violate Presidential Orders and executive regulations issued under Chapter 35 of Title 50, United States Code, in that the Defendant, did attempt to willfully and unlawfully make a contribution of personal services, to-wit: purveyor of materials; technical assistance with weapons; financial support; the creation and maintenance of internet websites intended to recruit persons, and/or to raise funds for violent jihad; and to provide his personal services for violent jihad in Somalia, all to and for the benefit of a specially designated global terrorist organization; to-wit Al-Ittihad Al-Islamiya, all in violation of Title 50, United States Code, Section 1705(b); Title 31, Code of Federal Regulations, Sections 595.204, and 595.205; and Executive Order No. 13224, 66 Fed. Reg. 49079 (2001), and 69 Fed. Reg. 56923 (2004) (continuation of powers in Exec. Order 13224).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Gregory E. McDonald
Assistant U.S. Attorney