PROB 12B(7/93)

# UNITED STATES DISTRICT COURT

for

### WESTERN DISTRICT OF TEXAS



FILED 2006 AUG 17 PM 3:53 CLERK, US DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Mark Robert Walker AKA: Abdullah   **Case Number:** EP-04-CR-2701DB(1)

**Name of Sentencing Judicial Officer:** David Briones, U.S. District Judge

**Date of Original Sentence:** April 4, 2005

**Original Offense:** Attempting to make a contribution of goods and services to a specially designated terrorist organization. 50 U.S.C. § 1705(b)

**Original Sentence:** Twenty-four months custody followed by three years of supervised release

**Type of Supervision:** Supervised release   **Date Supervision Commenced:** August 3, 2006

---

### PETITIONING THE COURT

[ ]   To extend the term of supervision for ___ year, for a total term of ___ years.

[X]   To modify the conditions of supervision as follows:

1) The Defendant shall reside at Dismas Charities, Inc., 7011 Alameda Avenue, El Paso, Texas, for a period of up to 120 days. The Defendant shall abide by the rules of Dismas Charities. The Defendant shall pay 25% of his weekly gross income for his subsistence as long as that amount does not exceed the daily contract rate.

✓

Mark Walker
page 2

## CAUSE

Mark Walker reported to the United States Probation Office on August 9, 2006, following his release from FCI Otisville in Otisville, New York, and it has been established that he has no release address nor family members willing to assist him at this time to secure his own residence.

On August 16, 2006, Walker signed Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, wherein he agrees to have his conditions modified accordingly.

Approved by

_____
FRANK SIFUENTES
Supervising U.S. Probation Officer

Respectfully submitted,

_____
ERNESTO MATA
U.S. Probation Officer
Date: August 16, 2006

---

**THE COURT ORDERS:**

[ ]  No action.

[ ]  The extension of supervision as noted above.

[✓]  The modification of conditions as noted above.

[ ]  Other

_____
DAVID BRIONES
U.S. District Judge

8-16-06
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by Law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The Defendant shall reside at Dismas Charities, Inc., 7011 Alameda Avenue, El Paso, Texas, for a period of up to 120 days. The Defendant shall abide by the rules of Dismas Charities. The Defendant shall pay 25% of his weekly gross income for his subsistence as long as that amount does not exceed the daily contract rate.

Witness: _____        Signed: _____
ERNESTO MATA                              Probationer or Supervised Releasee
U. S. Probation Officer

_____
8/16/06
Date