PROB 12C( 7/93)

# UNITED STATES DISTRICT COURT

for

### WESTERN DISTRICT OF TEXAS

FILED
2006 NOV -8 AM 10: 21
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Mark Robert Walker, aka Abdullah       **Case Number:** EP-04-CR-2701DB(1)

**Name of Sentencing Judicial Officer:** David Briones, U.S. District Judge

**Date of Original Sentence:** April 4, 2005

**Original Offense:** Attempting to make a contribution of goods and services to a specially designated terrorist organization, 50 U.S.C. § 1705(b)

**Original Sentence:** Twenty-four (24) months custody followed by three years of supervised release.

**Type of Supervision:** Supervised release       **Date Supervision Commenced:** August 5, 2006

**Assistant U.S. Attorney:** Gregory McDonald       **Defense Attorney:** Robert Castaneda

### PETITIONING THE COURT

[ X ]   To issue a warrant

[   ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation No. 1:** The Defendant shall reside at Dismas Charities, Inc., 7011 Alameda Avenue, El Paso, Texas, for a period of up 120 days. The Defendant shall abide by the rules of Dismas Charities. The Defendant shall pay 25% of his weekly gross income for his subsistence as long as that amount does not exceed the daily contract rate.

> **Nature of Noncompliance:**   On October 27, 2006, Walker was unsuccessfully discharged from Dismas Charities due to non-compliance. Incident reports indicate that on October 27, 2006, Walker arrived from his employment and was asked to submit to a pat down search using an electronic device. Walker refused to bring out what he had in his left hand pocket and walked away towards his dorm room. He was ordered back to the front area and again asked to submit to a pat down search. Walker removed a pen from his left front pocket and a what appeared to be a folded envelope. He placed the envelope back in his pocket without allowing Dismas personnel an opportunity to inspect it. Walker then pushed Dismas personnel to one side and walked back towards his dorm room. He was subsequently removed from Dismas Charities and discharged from the program.

Mark Robert Walker, AKA: Abdullah
Dkt. No.: EP-04-CR-2701DB(1)
page 2

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be

    [X]     revoked.

    [ ]     extended for ___ years, for a total term of ___ years.

    [ ]     The conditions of supervision should be modified as follows:

Approved by,
*(signature)*
FRANK SIFUENTES
Supervising U.S. Probation Officer

Respectfully submitted,
*(signature)*
ERNESTO MATA
U.S. Probation Officer
Date: 11/02/06

---

THE COURT ORDERS:

[ ]     No action.

[X]     The issuance of a warrant.

[ ]     The issuance of a summons.

*(signature)*
David Briones, U.S. District Judge

11-7-06
Date