IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2007 JAN 19 AM 10: 22
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. EP-04-CR-2701-DB |
| ) | |
| MARK ROBERT WALKER ) | |
| aka Abdullah ) | |

### ORDER REVOKING SUPERVISED RELEASE

On January 19, 2007 came on to be considered the petition for revocation of supervised release in the above styled and numbered cause. The Defendant appeared in person by and through his counsel of record and the Government appeared by and through its Assistant United States Attorney. After hearing the evidence, the Court found that the Defendant, Mark Robert Walker, had violated the conditions of supervised release imposed by virtue of the Judgment entered herein on April 29, 2005 and Order Modifying Conditions of Supervision filed on August 17, 2006 in that the defendant failed to reside at Dismas Charities and failed to abide by all the rules of said facility in violation of special condition of his conditions of supervised release. The Court further found that continuing the defendant on supervised release would no longer serve the ends of justice, and that the petition for revocation of supervised release should be granted.

It is therefore ORDERED that the petition for revocation of supervised release filed herein on November 8, 2006, be, and it is hereby, GRANTED.

It is further ORDERED that the supervised release of

Defendant, Mark Robert Walker, be, and it is hereby, REVOKED.

It is further ORDERED that the Defendant is hereby, COMMITTED to the custody of the Bureau of Prisons for a period of seven (7) months and 49 days.

The Court recommends commitment at F.C.I., Otisville, New York.

SIGNED and ENTERED this ___19th___ day of January, 2007.

_____
DAVID BRIONES
United States District Judge